# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144735 & (27)

_____

IN RE MATTHEW T. MOROUN.

_____

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY, and SAFECO INSURANCE
COMPANY OF AMERICA,
      Defendants,

and

MATTHEW T. MOROUN,
      Appellant.

_____/

SC: 144735
COA: 308392
Wayne CC: 09-015581-CK

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2012

_____
Clerk

h0313